ELIZABETH M. FOX V. PROBATE JUDGE FOR WAYNE COUNTY

*Appeal from probate.*

The allowance of an appeal from the probate court does not depend on the probate judge, but is a right fixed by statute; there is, therefore, no occasion to obtain an order from the probate judge allowing an appeal.

Motion for order to show cause. Submitted and denied June 13.

*S. E. Engle* for the motion.

48 643
Case 2
148 165

48 643
Case 2
f154 490

## CORRECTIONS.

Page 5, line 10.—Read Brush for Brnsh.

Page 172, line 9.—Read statutes for statntes.

Page 200.—*Clark v. Mitchell* was submitted Oct. 7.

Page 395, line—4.—Read *Cahen v. Continental etc. Ins. Co.*

Page 415, line—5.—Read *in any other case* instead of "on another trial."

Page 427, line—9.—Read s. c. for S. C.

Page 433, line—5.—Read *lay track in streets.*

Page 525, note 1.—The note is wrong.  It should be:

When a defendant is arrested on criminal warrant in one county and taken into another where he gives bail, he cannot *there* be arrested on a civil warrant for the same matter at the suit of the prosecutor.